```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _6/8/2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GANTULGA.,

                **Plaintiff,**

         -against-

ARON ET AL.,

                **Defendants.**

18-cv-10007(ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    June 8, 2023
             New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**