**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NARANBOLD GANTULGA, derivatively on behalf of AMC ENTERTAINMENT HOLDINGS, INC., | Case No. 1:18-cv-10007-ALC |
| Plaintiff, | |
| V. | |
| ADAM M. ARON, CRAIG R. RAMSEY, CHRIS A. COX, LINCOLN ZHANG, JACK Q. GAO, MAOJUN ZENG, ANTHONY J. SAICH, LLOYD HILL, GARY F. LOCKE, HOWARD W. KOCH, JR., KATHLEEN M. PAWLUS, AND DALIAN WANDA GROUP CO., | |
| Defendants, | |
| AND | |
| AMC ENTERTAINMENT HOLDINGS, INC., | |
| Nominal Defendant. | |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Naranbold Gantulga, Jennifer Kenna, Lorra Manuel, David Dinkevich, Ann Carter, and John R. Lyon ("Plaintiffs") by and through their undersigned counsel, hereby move the Court, before the Honorable Andrew L. Carter Jr., United States District Court Judge for the Southern District of New York, 40 Foley Square, Courtroom 1306, New York, NY 10007 for entry of an order, which: (1) grants preliminary approval of the proposed Settlement; as set forth in the Stipulation of Settlement dated June 14, 2023 (the

"Stipulation")[1]; (2) directs that notice of the proposed Settlement be given to current AMC Entertainment Holdings, Inc. stockholders in the proposed form and manner set forth in the Stipulation; (3) schedules the Settlement Hearing; and (4) grants such other relief as the Court deems just and proper.

In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law, the Brown Declaration, the Stipulation and exhibits annexed thereto, and all prior pleadings and proceedings.

The Parties' agreed-upon form of proposed Scheduling Order is attached as Exhibit B to the Stipulation, and is separately filed concurrently herewith. Plaintiffs respectfully request that the Court enter the proposed Scheduling Order after inserting a date for the Settlement Hearing in paragraphs 3 and 9 that is at least seventy calendar days after entry of the Scheduling Order.

Defendants do not oppose this motion.

Dated: June 23, 2023

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By:  */s/Timothy Brown*
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
E-mail: tbrown@thebrownlawfirm.net
E-mail: shashmi@thebrownlawfirm.net

*Counsel for Plaintiff Gantulga*

---

[1] Unless otherwise defined herein, all defined terms shall have the meanings as set forth in the Stipulation, which is attached as Exhibit 1 to the Declaration of Timothy Brown in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement ("Brown Declaration").

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
E-mail: pkim@rosenlegal.com

*Counsel for Plaintiffs Gantulga and Kenna*

**SCHUBERT JONCKHEER & KOLBE LLP**
Robert C. Schubert
Willem F. Jonckheer
2001 Union St., Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220

**NEWMAN FERRARA LLP**
Jeffrey M. Norton
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400

*Counsel for Plaintiff Manuel*

**SHUMAN, GLENN & STECKER**
Rusty E. Glenn
600 17th Street, Suite 2800
South Denver, CO 80202
Telephone: (303) 861-3003

Brett D. Stecker
326 W. Lancaster Avenue
Ardmore, PA 19003
Telephone: (303) 861-3003

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Richard A. Speirs
88 Pine Street, 14th Fl.
New York, NY 10005
Telephone: (212) 838-7797

**KASKELA LAW LLC**
D. Seamus Kaskela

3

18 Campus Blvd., Suite 110
Newtown Square, PA 19073
Telephone: 484-258-1585

*Counsel for Plaintiffs Dinkevich and Carter*

**KAHN SWICK & FOTI, LLC**
Melinda A. Nicholson
Nicolas Kravitz
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400

J. Ryan Lopatka
250 Park Ave., Suite 2040
New York, NY 10177
Telephone: (212) 696-3730

*Counsel for Plaintiff Lyon*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Timothy Brown*
Timothy Brown