UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NARANBOLD GANTULGA, derivatively on behalf of AMC ENTERTAINMENT HOLDINGS, INC., <br><br> Plaintiff, <br><br> V. <br><br> ADAM M. ARON, CRAIG R. RAMSEY, CHRIS A. COX, LINCOLN ZHANG, JACK Q. GAO, MAOJUN ZENG, ANTHONY J. SAICH, LLOYD HILL, GARY F. LOCKE, HOWARD W. KOCH, JR., KATHLEEN M. PAWLUS, AND DALIAN WANDA GROUP CO., <br><br> Defendants, <br><br> AND <br><br> AMC ENTERTAINMENT HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 1:18-cv-10007-ALC |

**DECLARATION OF TIMOTHY BROWN IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF DERIVATIVE SETTLEMENT**

I, TIMOTHY BROWN, declare as follows:

1. I am the managing attorney at The Brown Law Firm, P.C., Counsel for Plaintiff Naranbold Gantulga in the above-captioned shareholder derivative action. I have personal knowledge of the matters set forth herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement.

1

2

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement, dated June 14, 2023, and Exhibits A-D thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2023, in New York, New York.

>*/s/ Timothy Brown*
>Timothy Brown