UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/29/2023

GANTULGA.,

        **Plaintiff,**

-against-

ARON ET AL.,

        **Defendants.**

18-cv-10007 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court is in receipt of the Plaintiff's motion for preliminary approval of a settlement. ECF No. 56. After the parties failed to file their settlement papers by June 7, 2023, the Court issued a 30-day order on June 8, 2023 in this case and in the related actions.[1]

    The Clerk of the Court is respectfully directed to re-open the above-captioned action and the related actions so that the Court can address the pending motion.

**SO ORDERED.**

Dated:    June 29, 2023
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**

---

[1] *Kenna v. Aron, et al.*, Case No. 1:19-cv-09148-ALC (S.D.N.Y.), *Manuel v. Aron, et al.*, Case No. 1:20-cv-02456-ALC (S.D.N.Y.), and *Dinkevich, et al. v. Aron, et al.*, Case No. 1:20-cv-02870-ALC (S.D.N.Y.)