UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NARANBOLD GANTULGA, derivatively on behalf of AMC ENTERTAINMENT HOLDINGS, INC., <br><br> Plaintiff, <br><br> V. <br><br> ADAM M. ARON, CRAIG R. RAMSEY, CHRIS A. COX, LINCOLN ZHANG, JACK Q. GAO, MAOJUN ZENG, ANTHONY J. SAICH, LLOYD HILL, GARY F. LOCKE, HOWARD W. KOCH, JR., KATHLEEN M. PAWLUS, and DALIAN WANDA GROUP CO., <br><br> Defendants, <br><br> and <br><br> AMC ENTERTAINMENT HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. 1:18-cv-10007-ALC |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF ATTORNEYS' FEE AND EXPENSE AWARD AND PLAINTIFFS' SERVICE AWARDS**

PLEASE TAKE NOTICE that on December 18, 2023 at 11:00 a.m., before the Honorable Andrew L. Carter, Jr., United States District Court Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1306, New York, NY 10007, remotely by telephonic hearing with dial-in number (888) 363-4749 (access code 3768660), Plaintiffs Naranbold Gantulga, Jennifer Kenna, Lorra Manuel, David Dinkevich, Ann Carter, and John R. Lyon will move this Court pursuant to Fed. R. Civ. P. 23.1(c) for an order: (1) granting final approval to the proposed derivative settlement (Dkt. No. 59-1), (2) approving the proposed Fee and Expense Award to Plaintiffs' Counsel, and (3) approving the proposed Service Awards to Plaintiffs.[1]

In support of their motion, Plaintiffs rely upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Settlement and Approval of Attorneys' Fee and Expense Award and Plaintiffs' Service Awards, the accompanying declaration and exhibits thereto, the Stipulation of Settlement and exhibits thereto, the Court's record in this matter, and other evidence and argument that may be presented prior to the Court's decision on the motion.

Defendants do not oppose this motion.

Dated: November 20, 2023

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By: /s/ Timothy Brown
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone:   (516) 922-5427
Facsimile:   (516) 344-6204

---

[1] Unless otherwise defined herein, all capitalized terms have the same meaning as those set forth in the Stipulation of Settlement dated June 14, 2023 (Dkt. No. 59-1).

E-mail: tbrown@thebrownlawfirm.net
E-mail: shashmi@thebrownlawfirm.net

*Counsel for Plaintiff Gantulga*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Erica L. Stone
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
E-mail: pkim@rosenlegal.com
E-mail: estone@rosenlegal.com

*Counsel for Plaintiffs Gantulga and Kenna*

**SCHUBERT JONCKHEER & KOLBE LLP**
Robert C. Schubert
Willem F. Jonckheer
2001 Union St., Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
E-mail: rschubert@sjk.law
E-mail: wjonckheer@sjk.law

**NEWMAN FERRARA LLP**
Jeffrey M. Norton
1250 Broadway, 27th Floor
New York, NY 10001
Telephone: (212) 619-5400
E-mail: jnorton@nfllp.com

*Counsel for Plaintiff Manuel*

**SHUMAN, GLENN & STECKER**
Rusty E. Glenn
600 17th Street, Suite 2800
South Denver, CO 80202
Telephone: (303) 861-3003
E-mail: rusty@shumanlawfirm.com

Brett D. Stecker
326 W. Lancaster Avenue

Ardmore, PA 19003  
Telephone:     (303) 861-3003  
E-mail: brett@shumanlawfirm.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**  
Richard A. Speirs  
88 Pine Street, 14th Fl.  
New York, NY 10005  
Telephone:     (212) 838-7797  
E-mail: rspeirs@cohenmilstein.com

**KASKELA LAW LLC**  
D. Seamus Kaskela  
18 Campus Blvd., Suite 110  
Newtown Square, PA 19073  
Telephone:     (484) 258-1585

*Counsel for Plaintiffs Dinkevich and Carter*

**KAHN SWICK & FOTI, LLC**  
Melinda A. Nicholson  
Nicolas Kravitz  
1100 Poydras Street, Suite 960  
New Orleans, LA 70163  
Telephone:     (504) 455-1400  
E-mail: melinda.nicholson@ksfcounsel.com  
E-mail: nicolas.kravitz@ksfcounsel.com

J. Ryan Lopatka  
250 Park Ave., Suite 2040  
New York, NY 10177  
Telephone:     (212) 696-3730

*Counsel for Plaintiff Lyon*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Timothy Brown*
Timothy Brown